UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CRIMINAL MINUTES-INITIAL APPEARANCE

CASE NO.: 6:26-MJ-6080-HAI-1          At LONDON          Date: June 12, 2026

U.S.A. v. _Damien Tylor Scearse_          _X_ present _X_ custody ___ OR     AGE:__

DOCKET ENTRY: Defendant requested a preliminary hearing. The matter is scheduled for a preliminary hearing on Thursday, June 18, 2026, at 2:30 p.m. in London. The United States made an oral motion for detention of Defendant, and counsel for Defendant requested a continuance of the detention hearing. The matter is scheduled for a detention hearing immediately following the preliminary hearing. The Court finds the United States has a right to the detention hearing based on the charges

Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with *Brady* and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances.

PRESENT: HON. HANLY A. INGRAM, UNITED STATES MAGISTRATE JUDGE

| Amanda Ramsey | Audio File Number | Brittney Crisp | Justin Blankenship |
|---|---|---|---|
| Deputy Clerk | Court Reporter | U.S. Probation | Assistant U.S. Attorney |

I, Amanda Ramsey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LON_6-26-MJ-6080-HAI-1_20260612_163249.

COUNSEL FOR DEFENDANT: Gregory Ousley   _X_ present __retained _X_ appointed

PROCEEDINGS: INITIAL APPEARANCE

**X**     Copy of complaint given to the defendant.

**X**     Defendant states true name is correct as listed on the complaint.

**X**     Defendant requests the Court to appoint counsel.

**X**     The Court has reviewed Defendant's financial affidavit. The Court determines that Defendant qualifies for CJA appointment.

**X**     The Court appoints Gregory Ousley as counsel for Defendant under the terms of the Criminal Justice Act.

**X**     Defendant advised of Constitutional Rights pursuant to Rule 5(d).

**X**     Defendant advised of the nature of charges and possible penalties.

**X**      The Court verified that the United States was pursuing appropriate notification of potential victim(s), per 18 U.S.C. § 3771.

___      Defendant released pursuant to the terms and conditions set forth in the Order Setting Conditions of Release

**X**      Defendant remanded to the custody of the United States Marshal.

**X**      US Probation Office directed to prepare and circulate the Pretrial Services Report to counsel via email.  The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as required by 18 U.S.C. § 3153(c)(1).  Counsel shall either return the pretrial services report prepared by the United States Probation Office to the USPO, or shall permanently delete/destroy all copies thereof (such as electronic copies in an inbox or sent mail folder).

Copies: COR, USP, USM, LON Diary
     Clerk's initials:  apr

     TIC: 10 mins.

Signed By:

_Hanly A. Ingram_

**United States Magistrate Judge**